# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2283

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Donell Simpson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: November 16, 1999

Filed: November 23, 1999

_____

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Donell Simpson appeals his convictions arising from the armed robbery of a federally insured bank. Simpson raises several contentions about the jury instructions and the admissibility of evidence offered by Simpson. Having reviewed the record in the context of Simpson's arguments, we find the record supports the district court's decisions. Because Simpson's appeal involves the straightforward application of settled principles of law and the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude that an extensive discussion would serve no

useful precedential purpose. We thus affirm Simpson's convictions without an extended opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.